UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JOSEPH NELSON, ET AL.,

        Plaintiff(s),                      Case No. 12-14849

v.                                      Honorable Julian Abele Cook, Jr.

NEW ENGLAND COMPOUNDING        Magistrate Judge Mona K. Majzoub
PHARMACY, INC.

        Defendant(s).
_____/

## ORDER REGARDING REASSIGNMENT OF COMPANION CASE

This case appears to be a companion case to Case No. __12-14559__. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable __Robert H. Cleland__ and Magistrate Judge __Paul J. Komives__.

                                                s/Julian Abele Cook, Jr.
                                                Julian Abele Cook, Jr.
                                                United States District Judge

                                                s/Robert H. Cleland
                                                Robert H. Cleland
                                                United States District Judge

---

Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
Case type: __CIVIL__

If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: __December 18, 2012__                            s/ S Schoenherr
                                                            Deputy Clerk

cc:    Parties and/or counsel of record
        Honorable Robert H. Cleland